**JBA INTERNATIONAL, INC., Plaintiff–counter–defendant–Appellee,**

v.

**CELS ENTERPRISES, INC., Defendant–counter–claimant–Appellant,**

**Geac Enterprise Solutions, Counter–defendant–Appellee.**

No. 03–57032.

United States Court of Appeals, Ninth Circuit.

Submitted July 13, 2005.[*]

Decided July 15, 2005.

Carlos Needham, Esq., Allan D. Johnson, Esq., O'Melveny & Myers LLP, Los Angeles, CA, Charles Bachman, Esq.,

O'Melveny & Myers LLP, New York, NY, for Plaintiff–Counter–Defendant–Appellee/Counter–Defendant–Appellee.

Allan B. Cooper, Heather L. McCloskey, Esq., Ervin, Cohen & Jessup, LLP, Beverly Hills, CA, for Defendant–Counter–Claimant–Appellant.

Before: FARRIS, D.W. NELSON, and TALLMAN, Circuit Judges.

ORDER [**]

We affirm for the well stated reasons in the District Court's Order. We find no abuse of discretion. *Entm't Research Group v. Genesis Creative Group, Inc.,* 122 F.3d 1211, 1229 (9th Cir.1997).

**AFFIRMED.**

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

